**\*\* E-filed June 1, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUCIO VASQUEZ,<br><br>　　　　Plaintiff,<br>　v.<br>VIHN C. VI, et al.,<br><br>　　　　Defendants. | No. C11-00625 HRL<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 10]** |

On May 10, 2011, this Court held an Initial Case Management Conference at which Plaintiff and one Defendant appeared. Docket No. 8. At the conclusion of that conference, the Court set a Further Case Management Conference for June 7, 2011. See id. On May 31, 2011, Plaintiff's counsel filed a declaration stating that Defendants have recently retained counsel and requesting that the Further Case Management Conference be continued to allow the parties' counsel to discuss the case. Docket No. 10. In view of Plaintiff's counsel's declaration, the Further Case Management Conference, currently set for June 7, 2011, has been continued to **June 21, 2011 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file a Joint Case Management Statement no later than June 14, 2011.

Plaintiff shall provide a copy of this order to Defendants and their recently-retained counsel.

**IT IS SO ORDERED.**

Dated: June 1, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 **C11-00625 HRL Notice will be electronically mailed to:**

2 Tomas Eduardo Margain   margainlaw@hotmail.com, gudennis21410@aol.com, massielhern87@yahoo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**